### December 15, 2015

CAAP–
14–00
01304

Cabral v. Palisade Pointe Estates, Inc.

Affirmed